Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE TULLER, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>TINTRI, INC., KEN KLEIN, and IAN HALIFAX,<br><br>     Defendants. | Case No. 17-cv-6857<br><br>**CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Lance Tuller ("Plaintiff"), individually and on behalf of all other persons similarly situated, by Plaintiff's undersigned attorneys, for Plaintiff's complaint against Defendants (defined below), alleges the following based upon personal knowledge as to Plaintiff and Plaintiff's own acts, and information and belief as to all other matters, based upon, inter alia, the investigation conducted by and through Plaintiff's attorneys, which included, among other things, a review of Defendants' public documents, conference calls and announcements made by Defendants, United States Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding Tintri, Inc. ("Tintri" or the "Company"),

and information readily obtainable on the Internet. Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1.     This is a federal securities class action on behalf of a class consisting of all persons and entities other than Defendants who purchased or otherwise acquired the publicly traded securities of Tintri pursuant and/or traceable to the Company's Registration Statement and Prospectus (defined below) issued in connection with the Company's initial public offering completed on or about June 30, 2017 (the "IPO"), seeking to recover compensable damages caused by Defendants' violations of the federal securities laws.

## JURISDICTION AND VENUE

2.     The claims asserted herein arise under and pursuant to §§11 and 15 of the Securities Act of 1933 (the "Securities Act") (15 U.S.C. §§77k and 77o).

3.     This Court has jurisdiction over this action pursuant to §22 of the Securities Act (15 U.S.C. §77v) and 28 U.S.C. §1331.

4.     Venue is properly laid in this District pursuant to §22 of the Securities Act and 28 U.S.C. §1391(b) as the Company conducts business in this judicial district.

5.     In connection with the acts, conduct and other wrongs alleged in this complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mails, interstate telephone communications and the facilities of the national securities exchange.

## PARTIES

6.     Plaintiff, as set forth in the accompanying certification, incorporated by reference herein, purchased the Company's securities at artificially inflated prices pursuant and/or traceable to the Company's IPO and was economically damaged thereby.

Class Action Complaint for Violation of the Federal Securities Laws

7.     Defendant Tintri develops and markets an enterprise cloud platform combining cloud management software technology and a range of all-flash storage systems for virtualized and cloud environments in the United States and internationally. Tintri is a Delaware corporation with its headquarters located at 303 Ravendale Drive, Mountain View, California. The Company conducts business in Los Angeles, California. Tintri securities trade on the Nasdaq Global Market ("NASDAQ") under the ticker "TNTR."

8.     Defendant Ken Klein ("Klein") has been the Company's Chairman and Chief Executive Officer since October 2013.

9.     Defendant Ian Halifax ("Halifax") has been the Company's Chief Financial Officer since December 2013.

10.     Defendants Klein and Halifax are collectively referred to herein as the "Individual Defendants."

11.     Each of the Individual Defendants:

      a.     directly participated in the management of the Company;

      b.     was directly involved in the day-to-day operations of the Company at the highest levels;

      c.     was privy to confidential proprietary information concerning the Company and its business and operations;

      d.     was directly or indirectly involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein;

      e.     was directly or indirectly involved in the oversight or implementation of the Company's internal controls;

      f.     was aware of or recklessly disregarded the fact that the false and misleading statements were being issued concerning the Company; and/or

Class Action Complaint for Violation of the Federal Securities Laws

g.    approved or ratified these statements in violation of the federal securities laws.

12.    Tintri is liable for the acts of the Individual Defendants and its employees under the doctrine of *respondeat superior* and common law principles of agency because all of the wrongful acts complained of herein were carried out within the scope of their employment.

13.    The Company and Individual Defendants are collectively referred to herein as "Defendants."

## SUBSTANTIVE ALLEGATIONS

14.    Pursuant to the Securities Act, Defendants are strictly liable for material misstatements in the Registration Statement and Prospectus, issued in connection with the IPO. The Securities Act claims specifically exclude any allegations of fraud, knowledge, recklessness or scienter, do not "sound in fraud" and based solely on strict liability and negligence.

### Background

15.    On June 1, 2017, the Company filed a registration statement on Form S-1 with the SEC. The registration statement was subsequently amended, with the final amended registration statement on Form S-1/A filed on June 29, 2017 (collectively, the "Registration Statement"). The Registration Statement was declared effected by the SEC on June 29, 2017.

16.    The Registration Statement contained a preliminary prospectus. The final prospectus was filed on June 30, 2017 ("Prospectus").

17.    On or about June 30, 2017, the Company completed its IPO, selling 8.572 million shares at $7.00 per share and raising approximately $60 million.

### Materially False and Misleading Statements

18.    The Registration Statement, signed by Defendants Klein and Halifax, stated the following regarding the Company's growth strategy:

Class Action Complaint for Violation of the Federal Securities Laws

**Our Growth Strategy**

We intend to extend our position as a leader in providing enterprise cloud solutions to large organizations and CSPs. Key elements of our growth strategy include:

- Extend Our Differentiation in Enterprise Cloud through Continued Software Innovation. We plan to continue to invest in enhancing our CONNECT architecture and our enterprise cloud platform, and extending our portfolio of software products, thereby driving cross-selling and attach rates.

- Pursue Additional Large Organizations and CSPs. We intend to continue our sales efforts to further penetrate the Global 2000 enterprises and CSPs with the most demanding workloads and complex cloud requirements.

- Leverage Line of Business Buyers to Accelerate Adoption. We intend to continue to focus on selling to line of business buyers, who generally have their own IT budgets, and leverage those relationships to sell more broadly within their organizations.

- Increase Sales to Installed Base. We intend to continue expanding our footprint with our existing customers by supporting additional use cases and selling additional software products. These additional use cases include data protection and disaster recovery, to expand our total addressable market.

- Expand Sales and Marketing Presence in New and Existing Markets. We plan to expand our presence in both existing and new markets, including territories in the Middle East, Asia and Europe.

- Support Value-Add Channel Partners. We expect to focus our efforts on supporting those partners offering cloud services, including infrastructure "stacks" that include our solutions.

- Expand and Deepen Technology Partnerships and Integrations. We intend to expand and deepen our relationships with leading technology companies. We expect to continue to work closely with our partners to achieve certifications and integrations as well as to

- 5 -

seek additional partnerships that will allow us to address new customer use cases and deployments.

19.    The statements contained in ¶ 18 were materially false and/or misleading because they misrepresented and failed to disclose the following adverse facts pertaining to the Company's business, operations and prospects, which were known to Defendants or recklessly disregarded by them. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (1) the Company experienced distraction, disruption, and sales attrition during its IPO; and (2) as a result, Defendants' statements about the Company's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

20.    On September 7, 2017, the Company held an earnings conference call for the second quarter of 2018. During the call, Defendant Klein stated the following:

> Now onto our second quarter results. And this is our first quarter as a public company. ***Q2 revenue grew 27% over the same quarter a year ago, at the low end of our expectations. This is primarily due to distraction, disruption and some sales attrition occurred during and after our IPO.*** Following Mike McGuire's departure as Chief Sales Officer, we have flattened our sales organization by moving to two sales regions North America and international. I understand leadership about global sales force and believe this change will help us improve go to market alignment, velocity and execution.

(Emphasis added).

21.    Shares of Tintri have plummeted since the IPO and currently trade below $5.00 per share—less than 65% of its IPO price.

22.    As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

- 6 -

Class Action Complaint for Violation of the Federal Securities Laws

**PLAINTIFF'S CLASS ACTION ALLEGATIONS**

23.    Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class consisting of all persons other than defendants who purchased or otherwise acquired the publicly traded securities of Tintri pursuant and/or traceable to the Company's Registration Statement and Prospectus issued in connection with the Company's IPO and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, members of the Individual Defendants' immediate families and their legal representatives, heirs, successors or assigns and any entity in which the officers and directors of the Company have or had a controlling interest.

24.    The members of the Class are so numerous that joinder of all members is impracticable. Since the IPO, the Company's securities were actively traded on NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds, if not thousands of members in the proposed Class.

25.    Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by defendants' wrongful conduct in violation of federal law that is complained of herein.

26.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

27.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

       a.    whether Defendants' acts as alleged violated the federal securities laws;

       b.    whether Defendants' statements to the investing public in the Registration Statement and Prospectus misrepresented material

Class Action Complaint for Violation of the Federal Securities Laws

facts about the financial condition, business, operations, and management of the Company; and

    c.    to what extent members of the Class have sustained damages and what is the proper measure of damages.

28.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## COUNT I

### Violations of Section 11 of the Securities Act
### Against All Defendants

29.    Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

30.    This claim is brought by Plaintiff and on behalf of other members of the Class who purchased or otherwise acquired the Company's securities pursuant to or traceable to the Company's IPO. Each member of the Class acquired his, her, or its shares pursuant to and/or traceable to, and in reliance on, the Prospectus and Registration Statement. The Company is the issuer of the securities through the Prospectus and Registration Statement, on which the Individual Defendants were signatories.

31.    Defendants issued and disseminated, and caused to be issued and disseminated, and participated in the issuance and dissemination of, material misstatements and/or omissions to the investing public that were contained in the Prospectus and Registration Statement, which misrepresented or failed to disclose, among other things, the facts as set forth above. By reason of the conduct alleged

- 8 -

1  herein, each Defendants violated and/or controlled a person who violated Section 11
2  of the Securities Act, 15 U.S.C. §77k.

3       32.    The Company is the issuer of the securities sold via the Prospectus and
4  Registration Statement. As issuer of these securities, the Company is strictly liable to
5  Plaintiff and the Class members for the material misstatements and omissions
6  contained therein.

7       33.    At the times they obtained their shares of the Company, Plaintiff and the
8  members of the Class did so without knowledge of the facts concerning the
9  misstatements and omissions alleged herein.

10       34.    This claim is brought within one year after discovery of the untrue
11  statements and omissions in and from the Prospectus and Registration Statement that
12  should have been made and/or corrected through the exercise of reasonable diligence,
13  and within three years of the effective date of the Prospectus and Registration
14  Statement. It is therefore timely.

15       35.    At the time of the purchases and/or acquisitions by Plaintiff and the Class,
16  the true value of the Company's securities was substantially lower than the price paid
17  by Plaintiff and the other members of the Class.

18       36.    By reason of the foregoing, Plaintiff and the other members of the Class
19  are entitled to damages as measured by the provisions of Section 11(e), 15 U.S.C.
20  77K(e), from the Defendants and each of them, jointly and severally.

21  **COUNT II**

22  **Violations of Section 15 of the Securities Act Against**
23  **the Individual Defendants**

24       37.    Plaintiff repeats and realleges each and every allegation contained in the
25  foregoing paragraphs as if fully set forth herein.

26       38.    This claim is asserted against the Individual Defendants, each of whom
27  was a control person of the Company at relevant times.

28

Class Action Complaint for Violation of the Federal Securities Laws

39.     The Individual Defendants were control persons of the Company by virtue of, inter alia, their positions as senior officers and/or directors of the Company, and they were in positions to control and did control, the false and misleading statements and omissions contained in the Prospectus and the Registration Statement.

40.     None of the Individual Defendants made reasonable investigation or possessed reasonable grounds for the belief that the statements contained in the Prospectus and Registration Statement were accurate complete in all material respects. Had they exercised reasonable care, they could have known of the material misstatements and omissions alleged herein.

41.     This claim was brought within one year after the discovery of the untrue statements and omissions in the Prospectus and Registration Statement and within three years after the Company's securities were sold to the Class in connection with the IPO. It is therefore timely.

42.     By reason of the above conduct, for which the Company's is primarily liable, as set forth above, the Individual Defendants are jointly and severally liable with and to the same extent as the Company's pursuant to Section 15 of the Securities Action, 15 U.S.C. 77o.

## PRAYER FOR RELIEF

43.     WHEREFORE, Plaintiff, on behalf of herself and the Class, prays for judgment and relief as follows:

a.     declaring this action to be a proper class action, designating Plaintiff as Lead Plaintiff and certifying plaintiff as a class representative under Rule 23 of the Federal Rules of Civil Procedure and designating plaintiff's counsel as Lead Counsel;

b.     awarding damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, together with interest thereon;

c.     awarding Plaintiff and the Class reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

Class Action Complaint for Violation of the Federal Securities Laws

d.     awarding Plaintiff and other members of the Class such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury.

Dated: September 18, 2017

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

- 11 -

Class Action Complaint for Violation of the Federal Securities Laws