CAZ HASHEMI, State Bar No. 210239
BENJAMIN M. CROSSON, State Bar No. 247560
DORU GAVRIL, State Bar No. 282309
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: chashemi@wsgr.com
Email: bcrosson@wsgr.com
Email: dgavril@wsgr.com

Attorneys for Defendants Tintri, Inc.
Ken Klein, and Ian Halifax

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE TULLER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TINTRI, INC., KEN KLEIN, and IAN HALIFAX,<br><br>Defendants. | CASE NO.: 2:17-cv-06857-ODW (FFMx)<br><br>**STIPULATION REGARDING TRANSFER OF ACTION PURSUANT TO 28 U.S.C. § 1404(a)** |

...

1  WHEREAS, on September 18, 2017, Plaintiff Lance Tuller filed the afore-captioned putative class action in this District ("Federal Action"), against defendants Tintri, Inc. ("Tintri"), Ken Klein, and Ian Halifax, asserting claims under Sections 11 and 15 of the federal Securities Act of 1933 ("Securities Act") in connection with Tintri's initial public offering ("IPO");

WHEREAS, Tintri and individual defendants Klein and Halifax, as well as the majority of potential witnesses and likely relevant documents, are located in the San Francisco Bay Area, within the Northern District of California;

WHEREAS, the Federal Action could have been filed initially in the Northern District of California;

WHEREAS, the Parties in the Federal Action have met and conferred, and agree that, pursuant to 28 U.S.C. § 1404(a), the interests of justice and the convenience of parties and witnesses would be best served by transferring this action to the United States District Court for the Northern District of California, the federal judicial district in which Tintri is located;

NOW, THEREFORE, the Parties hereby stipulate and agree, as follows:

1. The present Federal Action should be transferred to the United States District Court for the Northern District of California.

2. The Parties jointly respectfully request that the Court enter an order transferring the present Federal Action, and all related cases subsequently filed in this District, to the United States District Court for the Northern District of California. The Parties submit a Proposed Order to this effect.

IT IS SO STIPULATED.

Dated: October 3, 2017

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Caz Hashemi*
CAZ HASHEMI

| | |
|---|---|
| 1 | BENJAMIN M. CROSSON |
| 2 | DORU GAVRIL<br>650 Page Mill Road |
| 3 | Palo Alto, CA  94304<br>Telephone:  (650) 493-9300 |
| 4 | Facsimile:  (650) 565-5100<br>Email:   chashemi@wsgr.com |
| 5 | Email:  bcrosson@wsgr.com<br>Email:   dgavril@wsgr.com |
| 6 | Attorneys for Defendants Tintri, Inc., |
| 7 | Ken Klein, and Ian Halifax |

8  Dated: October 3, 2017            THE ROSEN LAW FIRM, P.A.

10                                   By: */s/ Laurence M. Rosen*
11                                           LAURENCE M. ROSEN

12                                   355 South Grand Avenue, Suite 2450
                                     Los Angeles, CA  90071
13                                   Telephone:  (213) 785-2610
                                     Facsimile:  (213) 226-4684
14                                   Email:  lrosen@rosenlegal.com

15                                   Attorneys for Plaintiff Lance Tuller

17                      ATTESTATION CLAUSE:

18       Pursuant to Local Rule 5-4.3.4, I certify, that I obtained concurrence in the

19 filing of this document from all parties whose electronic signatures appear above.

20 Dated:  October 3, 2017            WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation
21

22                                    By: */s/ Caz Hashemi*
23                                            CAZ HASHEMI