1
2
3
4
5
6                                                          JS -6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11   LANCE TULLER, Individually and on      )    2:17-cv-06857-ODW (FFMx)
12   behalf of all others similarly situated, )
                                             )
13          Plaintiff,                       )    **ORDER TRANSFERRING**
                                             )    **ACTION PURSUANT TO**
14          v.                               )    **28 U.S.C. § 1404(a)**
                                             )
15                                           )
16   TINTRI, INC., KEN KLEIN, and IAN        )
     HALIFAX,                                )
17                                           )
                                             )
18          Defendants.                      )
19
20
21
22
23
24
25
26
27
28

1        Having considered the Parties' Stipulation, and good cause appearing, the

2   Court HEREBY ORDERS AS FOLLOWS:

3        1.    Pursuant to 28 U.S.C. § 1404(a), the interests of justice and the

4   convenience of parties and witnesses would be best served by transferring this

5   action to the United States District Court for the Northern District of California.

6        2.    This case is hereby transferred to the United States District Court for

7   the Northern District of California.

8        **IT IS SO ORDERED.**

9

10

11   Dated:  October 3, 2017

                                     _____

12                               The Honorable Otis D. Wright II

United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TRANSFERRING ACTION           CASE NO. 2:17-cv-06857- ODW (FFMx)